**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| John Dunbar, Trisal Leasing, Co., Inc. and Mitchell Mail Service, | CIVIL ACTION NO.: 0:19-cv-02685-JMC |
| Plaintiffs, | |
| v. | **CONSENT CONSOLIDATION ORDER** |
| Jimmy Gardner and Sexton Farms, | |
| Defendants. | |
| Sexton Farms, LLC, | CIVIL ACTION NO.: 0:19-cv-03325-JMC |
| Plaintiff, | |
| v. | **CONSENT CONSOLIDATION ORDER** |
| Pat Salmon & Sons, Inc., | |
| Defendant. | |

This matter comes before the court upon the consent of all parties to consolidate the two above-named actions for discovery purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.[1] (*See* ECF No. 34 (0:19-cv-02685-JMC); ECF No. 22 (0:19-cv-03325-JMC).)

Rule 42(a) of the Federal Rules of Civil Procedure provides that where actions "involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). Upon its consideration, the court is persuaded by the parties that the instant cases involve common questions of law and fact and their consolidation for

---

[1] The parties reserve the right to later move for consolidation of the actions for all purposes, including trial.

discovery purposes will promote judicial economy. Therefore, the court **GRANTS** the parties' Joint Motion to Consolidate and consolidates the civil actions referenced herein for discovery purposes. (ECF No. 34 (0:19-cv-02685-JMC); ECF No. 22 (0:19-cv-03325-JMC).)

   **IT IS SO ORDERED**.


*J. Michelle Childs*

United States District Judge

February 10, 2020
Columbia, South Carolina

WE SO CONSENT:
s/Gerald Thomas Chase
Mary Grace Carey (Fed ID 13041)
Gerald Thomas Chase (Fed ID 7324)
William Shafter Jackson, IV (Fed ID 13047)
Robert Daniel Moseley, Jr. (Fed ID 5526)
Megan Marie Early (Fed ID 12419)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd
Taylors, SC 29687
864-248-6037
marygrace.carey@momarlaw.com
tom.chase@momarlaw.com
wilson.jackson@momarlaw.com
rob.moseley@momarlaw.com
megan.early@momarlaw.com

*Attorneys for Defendant and Counter Claimant Sexton Farms, LLC and Defendant Jimmy Gardner*

WE SO CONSENT:
s/Robert Thomas King
Robert Thomas King (Fed ID 6133)
King Love Hupfer and Nance
PO Box 1764
Florence, SC 29503
843-407-5525
843-407-5782 (fax)
rking@klslawfirm.com

and

Vaughn Adam Drozd
Nielsen Zehe and Antas PC
55 W Monroe Street
Street 1800
Chicago, IL 60603
312-322-9900
vdrozd@nzalaw.com
Admitted Pro Hac Vice

*Attorneys for Defendant and Counter Claimant Sexton Farms, LLC*

February 7, 2020

WE SO CONSENT:
s/Curtis L. Ott
Curtis L. Ott (Fed ID 5939)
Gallivan, White & Boyd, P.A.
PO Box 7368
Columbia, SC 29202-7368
cott@gwblawfirm.com
(803) 779-1833 Ofc

*Attorney for Plaintiff and Counter Defendant John Dunbar and Pat Salmon & Sons, Inc.*

WE SO CONSENT:
s/James Edward Brogdon, III
James Edward Brogdon, III (Fed ID 10872)
Whetstone Perkins and Fulda LLC
601 Devine Street
Columbia, SC 29201
803-799-9400
jbrogdon@attorneyssc.com

*Attorney for Plaintiffs Mitchell Mail Service, Trisal Leasing Co., Inc. and Plaintiff and Counter Defendant John Dunbar*